# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL JO COCHRANE, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, <br><br> Defendant. | No. CV 15-197 FFM <br><br> JUDGMENT |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: September 30, 2016

                                         /S/FREDERICK F. MUMM
                                           FREDERICK F. MUMM
                                    United States Magistrate Judge